UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CV 17-5810-SJO (JEM) | Date November 7, 2017 |
| Title SHARON SPENCER v. SARGEANT JAMES GAFFNEY, et al. | |

Present: The Honorable    John E. McDermott, United States Magistrate Judge

| S. Anthony | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

Proceedings:    (IN CHAMBERS) ORDER REQUIRING PLAINTIFF TO SERVE SUMMONS AND COMPLAINT AND FILE PROOF OF SERVICE

　　Plaintiff Sharon Spencer filed the Complaint on August 4, 2017. Fed. R. Civ. P. 4(m) requires defendants to be served within 90 days after the complaint is filed. More than 90 days have passed since the Complaint in this action was filed, and there is no indication on the docket that Defendants have been properly served with process.

　　Accordingly, on or before **November 21, 2017**, Plaintiff shall properly serve the summons and complaint on all Defendants and shall file a proof of service demonstrating proper service.

　　The Court advises Plaintiff that failure to serve the summons and complaint and file the proof of service on or before November 21, 2017, may result in dismissal of this action for failure to prosecute.

cc:    Parties

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　　　　

　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk    sa