# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-5810-SJO (JEM) | Date | April 6, 2018 |
| Title | SHARON SPENCER v. SARGEANT JAMES GAFFNEY, et al. | | |

Present: The Honorable   John E. McDermott, United States Magistrate Judge

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE

On January 17, 2018, the Court issued an Order Re: Plaintiff's Requests for Dismissal and Amendment of Plaintiff's Complaint, in which Plaintiff's various motions regarding amendment of her complaint and dismissal of certain parties (Docket Nos. 17-20) were granted in part and denied in part.

Plaintiff was ordered to file a motion to amend the complaint pursuant to Fed. R. Civ. P. 15(a)(2) and lodge a proposed amended complaint. Plaintiff was instructed that the proposed amended complaint should: (1) bear the docket number assigned in this case; (2) be labeled "[Proposed] First Amended Complaint"; (3) name Tomas Rodda as the defendant; and (4) be complete in and of itself without reference to the previous complaint or any other previously filed document.

To date, Plaintiff has not file a motion to amend the complaint or lodged a proposed amended complaint.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and failure to comply with a court order.

Plaintiff shall file a written response to this Order to Show Cause no later than April 23, 2018.[1] Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline will result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court. Upon the filing of a Response, the Order to Show Cause will stand submitted.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-5810-SJO (JEM) | Date | April 6, 2018 |
|---|---|---|---|
| Title | SHARON SPENCER v. SARGEANT JAMES GAFFNEY, et al. | | |

    Filing of a motion to amend and lodging of a proposed amended complaint consistent with the requirements of the January 17, 2018 Order shall be a satisfactory response to this Order to Show Cause. No extensions of this deadline will be granted absent extraordinary circumstances.


cc: Parties


|  | : |  |
|---|---|---|
| | Initials of Preparer | slo |