UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON SPENCER,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER TOMAS RODDA, The Los Angeles Police Dept.,<br><br>Defendants. | CASE NO. CV 17-05810 SJO (JEM)<br>*[Hon. Judge S. James Otero, 1st Cthse, Ctrm. 10C]*<br>*[Mag. John E. McDermott, Roybal Cthse, Ctrm. 640]*<br><br>[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE |

ORDER

Based on the stipulation of the parties, and good cause appearing therefor, the release by Plaintiff of all claims and potential claims she has or may have against Defendant for violation of Plaintiff's rights under the statutes referenced in her Complaint is hereby APPROVED; and IT IS ORDERED that this entire action be, and hereby is, DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED:**

DATED: 9/13/2018

*[signature: John E. McDermott]*

~~HONORABLE S. JAMES OTERO~~
~~UNITED STATES DISTRICT COURT JUDGE~~

JOHN E. McDERMOTT
UNITED STATES MAGISTRATE JUDGE